UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OSVALDO VASQUEZ,

                Plaintiff,

    vs                                              9:04-CV-173

DALE ARTUS, Superintendent Clinton Corr. Facility,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

OSVALDO VASQUEZ
Plaintiff, Pro Se
02-A-3226
Central New York Psychiatric Center
P.O. Box 200
Marcy, New York 13403

HON. ELIOT SPITZER                        JAMES B. McGOWAN, ESQ.
Attorney General of the                     Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated March 4, 2005, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the defendant's motion to dismiss be granted and the entire complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in whole. <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendant's motion to dismiss is GRANTED; and

2. The complaint is DISMISSED.

The Clerk is directed to file judgment accordingly.

IT IS SO ORDERED.

Dated:  April   19, 2005
          Utica, New York.

_____
United States District Judge