# United States District Court
## Northern District of New York

**JUDGMENT IN A CIVIL CASE**

```
U.S. DISTRICT COURT - N.D. OF N.Y.
          FILED
        APR 1 9 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

OSVALDO VASQUEZ,

          Plaintiff,

          V.          CASE NUMBER:  9:04-CV-0173

DALE ARTUS, Superintendent
Clinton Correctional Facility,

          Defendant.

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of defendant and against plaintiff pursuant to the Order of District Judge David N. Hurd filed on April 19, 2005.

April 19, 2005                        **LAWRENCE K. BAERMAN**
DATE                                         CLERK

                                                   (BY) DEPUTY CLERK

ENTERED ON DOCKET
4/19/05
date          by